# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| WILLIAM EGBERT GIBSON and ARLENE GIBSON ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:18-cv-00043-RGJ |
| v. ) ) ) ) ) | RULE 7.1 CORPORATE DISCLOSURE OF DEFENDANT CONDUENT HR SERVICES, LLC |
| FORD MOTOR COMPANY, et al. ) ) | |
| Defendants. ) | |

Defendant **Conduent HR Services, LLC** hereby discloses that it is wholly owned by Conduent Business Services, LLC.

**Conduent Business Services, LLC** is wholly owned by Conduent, Inc.

**Conduent, Inc.** is a publicly held corporation.

Respectfully submitted,

/s/ Robert T. Razzano
Robert T. Razzano
Baker & Hostetler, LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Tel:513.929.3494
Fax: 513.929.0303
rrazzano@bakerlaw.com

*Counsel for Defendant*
*Conduent HR Services, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2018, a copy of the foregoing was served electronically on all parties of record in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order and by first class mail on the following:

William Egbert Gibson
Arlene Gibson
152 C.E. Smith Road
Shepherdsville, KY 40165

*Pro Se Plaintiffs*

                                                       /s/ Robert T. Razzano
                                                       *Counsel for Defendant*
                                                       *Conduent HR Services, LLC*